

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00010-CV
_____

THE STATE OF TEXAS FOR THE BEST INTEREST
AND PROTECTION OF J.T.

On Appeal from the County Court at Law
Cherokee County, Texas
Trial Court No. 35,695

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

J.T. appeals from the trial court's order authorizing the administration of psychoactive medication entered in connection with the trial court's order authorizing extended mental health services. One of the statutory requirements for issuing an order authorizing administration of psychoactive medication is that the trial court has ordered the patient to receive inpatient mental health services. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.106 (Vernon Supp. 2007).

On appeal, J.T. contends that the trial court erred in ordering the administration of psychoactive medication because it was wrong in issuing its order for extended mental health services under Section 574.034 of the Texas Health and Safety Code. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.034 (Vernon 2003). Thus, J.T. has based the viability of this appeal solely on the success of his points of error relating to the order authorizing extended mental health services. Because, in *State for the Best Interest and Protection of J.T.*, cause number 06-08-00007-CV, we overruled J.T.'s points of error relating to the trial court's order for extended mental

2

health services, we have resolved the sole basis underlying his appeal from the trial court's order authorizing administration of psychoactive medication. Accordingly, we affirm the trial court's order authorizing the administration of psychoactive medication.


Josh R. Morriss, III
Chief Justice


Date Submitted:     March 6, 2008
Date Decided:       March 7, 2008